UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
December 3, 2018
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>v.<br><br>CHRISTIE DAVEY,<br><br>        Defendant. | Case No. 2:18PO0004-KJN<br><br>ORDER FOR RELEASE OF PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release  CHRISTIE DAVEY , Case No.  2:18PO0004-KJN , Charge  38CFR 1.218(b)(39) , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___ Release on Personal Recognizance

    ___ Bail Posted in the Sum of $____

        ___ Unsecured Appearance Bond

        ___ Appearance Bond with 10% Deposit

        ___ Appearance Bond with Surety

        ___ Corporate Surety Bail Bond

    ✔ (Other)    Conditions as stated on the record.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  December 3, 2018  at  2:00 pm .

                By  /s/ Allison Claire/s/ Allison Claire
                        Allison Claire
                        United States Magistrate Judge

Copy 2 - Court